IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 21 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 19-30073-NJR |
| ) | |
| MIA LYNN COUSETT, ) | Title 18, United States Code, Sections 641 |
| ) | and 1028A(a)(1) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Theft of Government Funds – 18 U.S.C. § 641

On approximately May 1, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,322.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 2
### Theft of Government Funds – 18 U.S.C. § 641

On approximately May 19, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,322.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 3
### Theft of Government Funds – 18 U.S.C. § 641

On approximately June 22, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,322.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 4
**Theft of Government Funds – 18 U.S.C. § 641**

On approximately July 27, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,322.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 5
**Theft of Government Funds – 18 U.S.C. § 641**

On approximately August 15, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,322.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 6
### Theft of Government Funds – 18 U.S.C. § 641

On approximately September 19, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,188.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 7
### Theft of Government Funds – 18 U.S.C. § 641

On approximately October 16, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,286.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 8
**Theft of Government Funds – 18 U.S.C. § 641**

On approximately November 14, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,286.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 9
**Theft of Government Funds – 18 U.S.C. § 641**

On approximately December 18, 2017, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,286.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 10
### Theft of Government Funds – 18 U.S.C. § 641

On approximately January 20, 2018, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,315.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 11
### Theft of Government Funds – 18 U.S.C. § 641

On approximately February 20, 2018, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,315.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 12
### Theft of Government Funds – 18 U.S.C. § 641

On approximately March 20, 2018, at Alton, in Madison County, within the Southern District of Illinois, the defendant,

MIA LYNN COUSETT,

did embezzle, steal, and knowingly convert to her own use money in an amount that exceeded $1,000 that belonged to the United States, namely a Social Security benefits check, drawn on the United States Treasury, in the amount of $1,315.00, payable to defendant's deceased mother;

In violation of Title 18, United States Code, Section 641.

## COUNT 13
### Aggravated Identity Theft – 18 U.S.C. § 1028A(a)(1)

On or about August 15, 2017, at Alton, in Madison County, within the Southern District of Illinois, defendant

MIA LYNN COUSETT,

knowingly possessed and used, without lawful authority, a means of identification of another person, specifically the name and driver's license number of her deceased mother, and the defendant's possession and use of that means of identification was during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(c), namely the theft of government funds charged in Counts Five through Twelve, and the defendant knew that the means of identification belonged to another actual person, namely her deceased mother;

In violation of Title 18, United States Code, Section 1028A(a)(1).

**A TRUE BILL**



_____
STEVEN D. WEINHOEFT
United States Attorney

_____
SCOTT A. VERSEMAN
Assistant United States Attorney

Recommended bond: _____$10,000 Unsecured___